IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALEXIS SATTERFIELD, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| GOVERNMENT INS. EMPLOYEES CO., | : | No. 20-1400 |
| *Defendant* | : | |

## ORDER

AND NOW, this _____ day of December, 2020, upon consideration of the Complaint

(Doc. No. 1), Defendant's Motion to Dismiss (Doc. No. 2), and Ms. Satterfield's Response in

Opposition to the Motion to Dismiss, it is **ORDERED** that:

1. Count II of the Complaint is **DISMISSED WITHOUT PREJUDICE** for failure to state

   a claim.

2. Ms. Satterfield is **GRANTED** leave to file an amended complaint within 35 days of entry

   of this Order.

3. The Clerk of Court shall amend the caption, complaint, and docket in the above-captioned

   matter to reflect that the proper name of Defendant is GEICO Secure Insurance Company,

   not Government Employees Insurance Company.

BY THE COURT:

_____

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1